AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate



# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>2863 N. 56th Street, Milwaukee, WI<br>("SUBJECT PREMISES 7"), further described<br>in Attachment A7 | Case No. 25 MJ 106 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ____Eastern____ District of ____Wisconsin____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A7

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ____06/27/2025____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Hon. William E. Duffin____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 06/13/2025 at 10:00 a.m.        *(signed)* William E. Duffin
                                                                             *Judge's signature*

City and state: Milwaukee, Wisconsin        William E. Duffin, U.S. Magistrate Judge
                                                                    *Printed name and title*

# Return

| Case No.: 25-MJ-106 | Date and time warrant executed: June 17, 2025 | Copy of warrant and inventory left with: N/A |
|---|---|---|

Inventory made in the presence of: Tim Filter

Inventory of the property taken and name(s) of any person(s) seized:
- Firearm
- Ammunition
- Fentanyl
- Firearm Holster
- Cell Phones
- Documents
- Drug Paraphernalia

Subj: Frank Ayala-DeJesus

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11-14-2025

*Executing officer's signature*

Task Force Officer Tim Filter
*Printed name and title*